```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

FILED
APR 0 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Sealed Search Warrants | SW NO. 13-209-dad <br> SW NO. 12-464-ggh <br><br> (proposed) ORDER UNSEAL WARRANTS |

HEREBY, the United States motion to unseal the application, affidavit, and attachments in the above captioned matters is GRANTED.

DATED: April 5, 2013

_____
DALE A DROZD
US MAGISTRATE JUDGE